### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DEREK O. THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  11-4040-SAC |
| ) | |
| ) | |
| UNIFIED SCHOOL DISTRICT #501, ) | |
| ) | |
| Defendant. ) | |

### ORDER

This matter comes before the Court upon Plaintiff's Motion for In Camera Review (ECF No. 15). The motion requests an order directing the Kansas Human Rights Commission ("KHRC") to produce its investigative file to the Court for an *in camera* inspection so that the Court may determine which documents should be released to the parties and which documents are privileged or otherwise protected. As an initial matter, the Court finds the documents sought appear to be relevant and discoverable. However, the Court's standard procedure regarding the release of KHRC investigative files—as explained in more detail below—does not require the KHRC to produce the entire file to the Court for a determination regarding which items should be produced. The KHRC need only submit to the Court documents withheld from the parties on the basis that they contain information that is of a deliberative or conciliatory nature or that is attorney work product. The remainder of the investigative file may be made available to the parties without the need for an *in camera* inspection. For these reasons, Plaintiff's motion is granted with minor modifications to conform to the Court's standard procedure regarding the release of these documents.

Accordingly, and for good cause shown,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for In Camera Review (ECF No. 15) is hereby granted with minor modifications.

**IT IS FURTHER ORDERED** that the KHRC shall produce to any party to this action, or any attorney representing such a party, a copy of its investigative file(s) pertaining to *Derek O. Thomas v. Topeka Public Schools, USD #501*, KHRC Case No. 32727-09, except such portions thereof which may be of a deliberative or conciliatory nature or are attorney work product of the KHRC's legal staff. If redactions are not necessary, the KHRC shall permit any party to this action, or any attorney representing such a party, access to such investigative file(s) for inspection and copying. The KHRC is ordered to allow copies of the same to be made at the expense of the party receiving such production. Should the KHRC consider that any items are of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff, copies of such items shall be forwarded to the undersigned judge for in camera inspection within thirty (30) days of the date of this order. A brief summary of the documents submitted to the Court shall be served on all parties in this case.

**IT IS SO ORDERED.**

Dated this 9th day of August, 2011, at Topeka, Kansas.

s/ K. Gary Sebelius  
K. Gary Sebelius  
U.S. Magistrate Judge

cc:  KHRC